JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-02647 RGK-(SSx) | Date | August 18, 2010 |
|---|---|---|---|
| Title | *LOPEZ v. LITTON LOAN SERVICING LP* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order to Remand Action to State Court

    On June 22, 2010 and June 29, 2010, the Court issued OSCs re Subject Matter Jurisdiction. Plaintiff timely responded on June 30, 2010. Upon review of Plaintiff's response and the First Amended Complaint, the Court finds that the case presents no federal question. Moreover, it appears that the parties do not have diversity of citizenship. As such, the Court finds that it lacks subject matter jurisdiction and **remands** the action in its entirety for all further proceedings.

    Defendant's Motion to Dismiss (DE 28) is **denied as moot**.

**IT IS SO ORDERED.**

                                                                                   :

Initials of Preparer   slw